UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AMERICAN EAGLE SUPERSTORE, INC. d/b/a BIG FIREWORKS,<br><br>    Plaintiff,<br><br>v.<br><br>SNAP FIREWORKS, INC. ,<br><br>    Defendant. | Civil Action No. 12-CV-951 |

**ORDER FOR CONSENT JUDGMENT AND JUDGMENT**

Plaintiff American Eagle Superstore, Inc. d/b/a Big Fireworks and Defendant Snap Fireworks, Inc. entered into a Settlement Agreement and General Release and having previously agreed pursuant to the terms thereof to the entry of a Consent Judgment against Snap in the event of certain breaches/defaults by Snap Fireworks, Inc. and Snap Fireworks, Inc. failed to make payments as required under the terms of the Settlement Agreement and General Release. American Eagle Superstore, Inc. filed an affidavit in support outlining Snap Firework, Inc's breach/default and failure to cure. Snap Fireworks, Inc. received notice of American Eagle Superstore, Inc.'s motion to reopen this matter and enter judgment and has not objected to the motion nor produced any evidence as to why judgment should not be entered. Accordingly,

**PURSUANT TO THE PARTIES' AGREEMENT, IT IS HEREBY ORDERED AND ADJUDGED THAT** Judgment be entered in favor of American

Eagle Superstore, Inc. d/b/a Big Fireworks, 3366 Remy Drive, Lansing, Michigan, 48906, and against Snap Fireworks, Inc., 220 East Wisconsin Avenue, Readstown, WI 54652, in the primary amount of Ninety-Six Thousand Five Hundred Eight Dollars and 22/100 ($96,508.22), plus 8% interest on the sum of One Hundred Fifty-Nine Thousand Seven Hundred Sixty-Two and 34/100 ($159,762.34) running from the first date of delivery of the Product by American Eagle Superstore, Inc. to Snap Fireworks, Inc. (June 16, 2012), and actual attorney fees incurred by American Eagle Superstore, Inc. to enforce and collect on the Consent Judgment in the amount of Three Thousand Twenty One Dollars and 50/100 ($3,021.50).

**BY THE COURT:**

_____ 5/7/14
William M. Conley,
United States District Judge
Western District of Wisconsin

Judgment entered this 8th day of May, 2014.

_____
Peter Oppeneer, Clerk of Court

2